FM 210A (10/06)

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IN RE: | § |
| | § CASE NO. 09-43973 |
| MICHAEL R. KOSTER | § |
| ERIN L. KOSTER | § |
| DEBTOR | § |
| | § |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FHASI 2006-2, by First Horizon Home Loans, a division of First Tennessee Bank National Association, Master Servicer, in its capacity as agent for the Trustee under the Pooling and Servicing Agreement as Serviced by Nationstar Mortgage, LLC**
Name of Transferee

**First Horizon Home Loans**
Name of Transferor

Name and Address where notices to transferee
Should be sent:

Nationstar Mortgage, LLC
P.O. Box 829009
Dallas, Texas 75382-9009

Court Claim # (if known): 19
Amount of Claim: $960,275.37
Date Claim Filed: 02/19/2010

Phone: **(800) 766-7751**
Last Four Digits of Acct #: xxxxx7115

Phone:_____
Last Four Digits of Acct.# 0949

Name and Address where transferee payments should
be sent (if different from above):

Nationstar Mortgage, LLC
Bankruptcy Department
350 Highland Drive
Lewisville, Texas 75067

Phone: **(800) 766-7751**
Last Four Digits of Acct #: xxxxx7115

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Nickolaus A. McLemore                Date: 6·1·2012
    Transferee/Transferee's Agent

*Penalty of making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571*

TRANSFER OF CLAIM - NOTICE
3580-N-1274
POC_TOCForm000

1

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the 4 day of June 20 12 via electronic notice unless otherwise stated:

**Debtor** *Via U.S. Mail*
Michael R. Koster
2540 Westview Court
Prosper, Texas 75078

Erin L. Koster
2540 Westview Court
Propser, Texas 75078

**Debtors' Attorney**
Joyce W. Lindauer
Attorney At Law
8140 Walnut Hill Lane
Suite 301
Dallas, Texas 75231

**United States Trustee**
110 North College Avenue
Tyler, Texas 75702

/s/ Nickolaus A. McLemore
Nickolaus A. McLemore

TRANSFER OF CLAIM - CERTIFICATE OF SERVICE
1
3580-N-1274
POC_CertOfServ